US DISTRICT COURT INDEX SHEET

















BAR

3:00-CR-3839 USA V. NELSON

*1*

*CRR20FR*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v().                                    Cr. No.

RICHARD NELSON

**00 CR 3839 LDG**

## CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE UNDER RULE 20

I, Richard Nelson, defendant in the above-captioned action, having been informed that an Information is pending against me in the District of Massachusetts charging me with conspiracy to launder money, in violation of 18 U.S.C. §1956(h), wish to plead guilty to the offense charged, to waive venue and trial in the District of Massachusetts, and consent to the disposition of the case in the Southern District of California, where I reside.

Respectfully submitted,

_____
RICHARD NELSON

_____
FRANK T. VECCHIONE
Counsel for Richard Nelson

APPROVED:

_____
DONALD K. STERN
United States Attorney
District of Massachusetts

_____
SHERRI HOBSON
Assistant U. S. Attorney
Southern District of California

CLOSED

U.S. District Court
U.S. District Court - Massachusetts (Boston)

CRIMINAL DOCKET FOR CASE #: 97-CR-10070-ALL

USA v. Nelson                                            Filed: 03/19/97
Dkt# in other court: None

Case Assigned to:  Judge Nancy Gertner

RICHARD NELSON (1)
    Defendant
 [term  09/05/00]



Pending Counts:

   NONE

Terminated Counts:                       Disposition

21:846  Conspiracy to possess            Case transferred to the
marijuana with intent to                 Southern distrit of CA
distribute.                              (1)
(1)

18:1956(h)  Conspiracy to                Case transferred to the
launder money.                           Southern distrit of CA
(2)                                      (2)

Offense Level (disposition): 4


Complaints:

   NONE


U. S. Attorneys:

  Michael D. Ricciuti
  617-748-3235
  [COR LD NTC]
  United States Attorney's Office
  1 Courthouse Way
  Boston, MA 02210
  617-748-3161


Docket as of November 17, 2000 1:37 pm                    Page 1

```
Proceedings include all events.
1:97cr10070-ALL USA v. Nelson                                           CLOSED

 3/19/97   --      Felony Information received for filing . Richard Nelson (1)
                   count(s) 1, 2 (fbd) [Entry date 03/19/97]

 3/20/97   --       Clerk set up an arrgn on an information for the dft
                   Richard Nelson.  Dft is in custody in California, AUSA
                   Riccuiti will file a hab, and notify the Marshals.
                   Arrgn/Rule 11 hrg is set for Wed's April 2, 1997 at 2:30
                   pm.  AUSA will notify all parties of date. (mcm)
                   [Entry date 03/20/97]

 3/24/97   --      Deadline updated as to Richard Nelson ;,  reset Change of
                   Plea Hearing for 2:30 4/2/97 for Richard Nelson . (tap)
                   [Entry date 03/24/97]

 7/28/97   --      Clerk spoke to AUSA on 7/28/97, dft is already serving time
                   in California, ausa will file a hab today to have dft
                   appear before Judge Gertner for an arrgn and a plea to
                   information. (mcm) [Entry date 07/28/97]

 7/2/98    1       PETITION by USA  for Writ of Habeas Corpus ad prosequendum
                   in case  as to Richard Nelson , filed.  Appearance date:
                   date to be scheduled.... (tmc) [Entry date 07/06/98]

 3/15/99   2       NOTICE issued of Hearing/Conference as to Richard Nelson,
                   set Change of Plea Hearing for 2:30 5/18/99 for Richard
                   Nelson (jam) [Entry date 04/06/99]

 5/17/99   3       MOTION by USA , as to Richard Nelson to continue rule 11
                   hearing , filed. (jam) [Entry date 05/17/99]

 5/18/99   --       Judge Nancy Gertner . ENDORSED ORDER as to Richard Nelson
                   : granting [3-1] motion to continue rule 11 hearing as to
                   Richard Nelson (1),  reset Change of Plea Hearing for
                   11:00 7/8/99 for Richard Nelson . (jam)
                   [Entry date 05/20/99]

 7/8/99    --      Change of Plea set for 7/8/99 is hereby cancelled at the
                   req of ausa and dft atty.  Counsel will file a Rule 20
                   transfer mtn forthwith.  Atty is located in California. (mcm)
                   [Entry date 07/08/99]

 8/7/00    4       Consent to Transfer of Jurisdiction pursuant to Rule 20
                   Southern California to District of, as to Richard Nelson ,
                   Counts closed: Richard Nelson (1) count(s) 1, 2 (jam)
                   [Entry date 08/31/00]

 9/5/00    --      Case closed   as to all defendants, as to Richard Nelson
                   party Richard Nelson (jam) [Entry date 09/05/00]


Docket as of November 17, 2000 1:37 pm                            Page 2
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

97-10070NG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | VIOLATIONS: |
| | ) | |
| v. | ) | 21 U.S.C. § 846 - |
| | ) | Conspiracy to Possess |
| RICHARD NELSON | ) | Marijuana With Intent |
| | ) | Distribute |
| | ) | |
| | ) | 18 U.S.C. § 1956(h) - |
| | ) | Conspiracy to Launder |
| | ) | Money |

## INFORMATION

**COUNT ONE:** (21 U.S.C. § 846 - Conspiracy To Possess Marijuana With Intent To Distribute)

The United States charges that:

From a date unknown to the United States, but from at least in or about August, 1993, and continuing thereafter until in or about April, 1996, at Taunton and Dighton, in the District of Massachusetts, elsewhere in the District of Massachusetts, in the Southern District of California, and elsewhere,

**RICHARD NELSON,**

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the United States to possess with intent to distribute a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.



## NOTICE OF APPLICABILITY OF 21 U.S.C. § 841(b)(1)(B)(vii)

The offense described in Count One involved one hundred kilograms or more of a mixture or substance containing a detectable amount of marijuana. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vii), applies to this count.

**COUNT TWO:** (18 U.S.C. § 1956(h) - Conspiracy to Launder Money)

The United States further charges that:

From a time unknown to the United States, but from at least in or about December, 1994, and continuing thereafter until at least in or about April 1996, in Taunton in the District of Massachusetts, elsewhere in the District of Massachusetts, and in the Southern District of California,

**RICHARD NELSON,**

defendant herein, knowing that the property involved in the financial transactions represented the proceeds of specified unlawful activity and were used to conduct and facilitate such specified unlawful activity, to wit, the possession and distribution of controlled substances, knowingly and intentionally combined, conspired and agreed with other persons known and unknown to the United States to conduct financial transactions which involved the proceeds of such specified unlawful activity with the intent to promote the carrying on of such specified unlawful activity and knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of such specified unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A) and (B).

All in violation of Title 18, United States Code, Section 1956(h).

          Respectfully submitted,

          DONALD K. STERN
          United States Attorney

By:

          MICHAEL D. RICCIUTI
          Assistant U.S. Attorney

Date:    October 10, 1996